JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHBRI WHITE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipality, LOS ANGELES POLICE DEPARTMENT, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity, DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO.: CV09-1931 DSF (FMOx)<br><br>JUDGMENT |

　　　　The Court having previously issued an Order to Show Cause re Dismissal, and plaintiff not having timely responded,

　　　　IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 17, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court